Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Starr T. Drum, Esq. (*Pro hac vice application forthcoming)*
Xeris E. Gregory, Esq. (*Pro hac vice application forthcoming)*
POLSINELLI PC
2000 Southbridge Parkway, Suite 301
Birmingham, AL 35209
Telephone: (205) 963-7136
Email: sdrum@polsinelli.com
Email: xgregory@polsinelli.com

*Attorneys for Defendant American Addiction Centers, Inc.*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADDICTION CENTERS, INC.<br><br>Defendant. | Case No.: 2:26-cv-02089-ART-MDC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff M.C. and Defendant American Addiction Centers, Inc. ("AAC"), by and through the undersigned counsel, stipulate and request that this Court extend the time for AAC to respond to Plaintiff's Class Action Complaint, up to and including October 5, 2026. In support thereof, the parties state as follows:

1. On July 10, 2026, Plaintiff filed her Class Action Complaint against AAC, alleging 10 causes of action.

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

2. AAC was served with the Class Action Complaint and Summons on July 15, 2026. AAC's deadline to respond to the Complaint is August 5, 2026.

3. AAC and its counsel need additional time to investigate Plaintiff's allegations and prepare its response.

4. AAC's counsel met and conferred with Plaintiff's counsel on July 24, 2026, and Plaintiff consents to the requested extension of time.

5. This is AAC's first request for an extension of time to respond to Plaintiff's Class Action Complaint and is not sought for an improper purpose or for delay.

WHEREFORE, the parties respectfully stipulate, subject to this Court's approval, that AAC be permitted up to and including October 5, 2026, to respond to Plaintiff's Class Action Complaint.

Dated this 5th day of August 2026.

*/s/ Mona Amini*
Mona Amini, Esq.
Nevada Bar No. 15381
KAZEROUNI LAW GROUP, APC
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113

Sonjay C. Singh
SIRI & GLIMSTAD LLP
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
*Attorneys for Plaintiff M.C.*

*/s/ Jarrod L. Rickard, Esq.*
Jarrod L. Rickard, Esq., Bar No. 10203
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Starr T. Drum*
Xeris E. Gregory*
POLSINELLI PC
2000 Southbridge Parkway, Suite 301
Birmingham, AL 35209

*Attorneys for Defendant American Addiction Centers, Inc.*
**Pro hac vice application forthcoming*

**ORDER**

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: August 6, 2026