Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Lisa A. Houssiere, Esq. (*Pro hac vice application forthcoming)*
Yameel L. Mercado Robles, Esq. (*Pro hac vice application forthcoming)*
Georgia Bennett, Esq. (*Pro hac vice application forthcoming)*
BAKER & HOSTELER LLP
811 Main Street, Suite 1100
Houston, TX 77002
Email: lhoussiere@bakerlaw.com
Email: ymercadorobles@bakerlaw.com
Email: gbennett@bakerlaw.com

*Attorneys for Defendant American Addiction Centers, Inc.*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADDICTION CENTERS, INC.<br><br>Defendant. | Case No.: 2:26-cv-02089-ART-MDC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Plaintiff M.C. ("Plaintiff") and Defendant American Addiction Centers, Inc. ("AAC"), by and through the undersigned counsel, stipulate and request that this Court extend the time for AAC to respond to Plaintiff's Class Action Complaint from October 5, 2026, to November 19, 2026. In support thereof, the Parties state as follows:

1. On July 10, 2026, Plaintiff filed her Class Action Complaint against AAC, alleging 10 causes of action.

2. AAC was served with the Class Action Complaint and Summons on July 15, 2026. AAC's original deadline to respond to the Complaint was August 5, 2026.

3. On August 6, 2026, the Court approved the Parties' stipulated extension continuing the deadline to October 5, 2026. (ECF No. 12.)

4. Following that stipulation, AAC retained new lead counsel with the Baker & Hostetler LLP firm in place of prior lead counsel from the Polsinelli firm.

5. AAC's current counsel just took over the representation of AAC and require additional time to review the Class Action Complaint, conduct research, and prepare a response. The Class Action Complaint is 44 pages long and as noted, contains 10 causes of action.

6. AAC's counsel met and conferred with Plaintiff's counsel on September 18, 2026, and Plaintiff consents to the requested extension of time.

7. This is AAC's second request for an extension of time to respond to Plaintiff's Class Action Complaint and is not sought for an improper purpose or for delay.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

WHEREFORE, the Parties respectfully stipulate, subject to this Court's approval, that AAC be permitted up to and including November 19, 2026, to respond to Plaintiff's Class Action Complaint.

Dated this 22nd day of September 2026.

*/s/ Mona Amini, Esq.*
Mona Amini, Esq.
Nevada Bar No. 15381
KAZEROUNI LAW GROUP, APC
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113

Sonjay C. Singh
SIRI & GLIMSTAD LLP
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
*Attorneys for Plaintiff M.C.*

*/s/ Jarrod L. Rickard, Esq.*
Jarrod L. Rickard, Esq., Bar No. 10203
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Lisa A. Houssiere, Esq.*
Yameel L. Mercado Robles, Esq.*
Georgia Bennett, Esq. *
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
*Attorneys for Defendant American Addiction Centers, Inc.*
**Pro hac vice application forthcoming*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

**ORDER**

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: September 23, 2026